UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                              Case No.: 8:25-cr-319-VMC-NHA

STACIE WILDS

_____/

**ORDER**

This matter comes before the Court pursuant to Defendant Stacie Wilds's unopposed Motion to Amend (Doc. # 38), filed on January 13, 2026. For the reasons that follow, the Motion is denied.

**Discussion**

On July 1, 2025, Ms. Wilds was charged with six counts of aiding and assisting her clients in the filing of false income tax returns, in violation of 26 U.S.C. § 7206(2). (Doc. # 1). On July 2, 2025, Ms. Wilds entered into a plea agreement as to all charges. (Doc. # 4). On August 12, 2025, the Court accepted Ms. Wilds's guilty plea, and adjudicated her guilty on all six counts. (Doc. # 18). On December 16, 2025, the Court sentenced Ms. Wilds to 18 months' imprisonment and ordered that she may self-surrender to the Bureau of Prisons "no sooner than February 2, 2026." (Doc. ## 35, 36 at 3).

On January 13, 2026, Ms. Wilds filed the instant Motion, requesting that the Court amend her self-surrender date. (Doc. # 38). Specifically, Ms. Wilds requests that the Court change her self-surrender date to February 3, 2026. (Id.). In support, Ms. Wilds states her birthday is February 2, 2026, and "she wishes to spend her birthday with her family." (Id.).

Ms. Wilds was sentenced to prison as punishment for the serious conduct of using her position as a tax return preparer to defraud the United States. As a result of her negotiated plea agreement, Ms. Wilds pled guilty to six counts of aiding and assisting in the filing of false income tax returns. As the prosecutor stated at her sentencing hearing, the United States Attorney's Office "left a lot on the table." Indeed, Ms. Wilds's criminal conduct spanned nearly four years and caused a total tax loss exceeding $289,000. (Doc. # 4 at 15, 18).

As an adult in the prime of her life, Ms. Wilds's wish to spend her birthday with her family is not an adequate justification for delaying her self-surrender to the Bureau of Prisons. No compelling circumstances are present here justifying a delay in reporting date. Ms. Wilds remains free to celebrate her birthday with her family in the days

2

preceding February 2, 2026, but she must self-report as ordered.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Stacie Wilds's Motion to Amend (Doc. # 38) is **DENIED.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 15th day of January, 2026.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE